UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 1 6 2013

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| LAMAR McCOY, a/k/a SHAUN MAYS, | ) |
| | ) |
| Defendant. | ) |

4:13CR00019RWS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 29, 2012, in the City of Saint Louis, within the Eastern District of

Missouri,

**LAMAR McCOY, a/k/a SHAUN MAYS,**

the Defendant herein, having been convicted previously of a crime punishable by a term of

imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess

a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

THOMAS J. MEHAN, #28958MO
Assistant United States Attorney